# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>         Plaintiff,<br>   vs.<br>CLARK COUNTY SCHOOL DISTRICT, et al.<br><br>         Defendants. | CASE NO. 11-CV-01619-MLH-RJJ<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

On February 27, 2012, Plaintiff Cynthia Kappenman Cohen filed a motion for an extension of time for Plaintiff to file an opposition to Defendants' motion to dismiss. (Doc. No. 19.) The Court, for good cause shown, grants the Plaintiff's motion for an extension of time. Accordingly, Plaintiff may file an opposition to Defendants' motion to dismiss on or before **March 28, 2012**. Defendants may file their reply on or before **April 4, 2012**.

**IT IS SO ORDERED.**

DATED: February 27, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

11cv01619