# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPENMAN COHEN,<br><br>                                    Plaintiff,<br>        vs.<br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>                                    Defendants. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**SCHEDULING ORDER** |

On February 9, 2012 and March 7, 2012, Defendants filed a motion to dismiss Plaintiff's first, third, and fourth causes of action. (Doc. Nos. 10, 17.) On April 18, 2012, Plaintiff filed an opposition to the motion to dismiss. (Doc. Nos. 25, 26.) On April 30, 2012, Defendants filed a reply. (Doc. No. 28.)

On April 18, 2012, Plaintiff filed a motion for decision. (Doc. No. 23.) On May 3, 2012, Defendants filed an opposition to the motion. (Doc. No. 31.)

The Court schedules a telephonic hearing on the parties' motions for **May 25, 2012** at **3:30 p.m.** On or before May 24, 2012, the parties are directed to provide the Court with an appropriate telephone number at which each party may be reached.

**IT IS SO ORDERED.**

DATED: May 18, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT