# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br>et al.,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF TELEPHONIC HEARING; AND**<br><br>**SCHEDULING ORDER** |

On May 24, 2012, Plaintiff Cynthia Kappenman Cohen filed an ex parte motion for a continuance of the telephonic hearing originally scheduled for May 25, 2012 at 3:30 p.m. (Doc. No. 37.) The Court, for good cause shown, grants Plaintiff's motion and reschedules the telephonic hearing on Defendants' motion to dismiss (Doc. Nos. 10, 17) and Plaintiff's motion for decision (Doc. No. 23) for **June 15, 2012** at **1:30 p.m.**

**IT IS SO ORDERED.**

DATED: May 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT