# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| CYNTHIA KAPPENMAN COHEN, | CASE NO. 11-CV-1619-MLH-RJJ |
|---|---|
| Plaintiff, | **ORDER:** |
| vs. | **(1) REGARDING PLAINTIFF'S EMERGENCY MOTION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS; AND** |
| CLARK COUNTY SCHOOL DISTRICT, et al., | **(2) SUBMITTING DEFENDANTS' MOTION TO DISMISS ON THE PARTIES' PAPERS PURSUANT TO LOCAL RULE 78-2** |
| Defendants. | |

On February 9, 2012 and March 7, 2012, Defendants filed a motion to dismiss several claims from Plaintiff's amended complaint. (Doc. Nos. 10, 17.) The Court scheduled a telephonic hearing on the motion for June 15, 2012. (Doc. No. 38.) On June 13, 2012, Plaintiff filed an emergency motion to continue the hearing due to a medical issue. (Doc. No. 42.) On June 15, 2012, the Court held a telephonic conference with the parties. Cynthia Kappenman Cohen appeared pro se, and S. Scott Greenberg appeared for Defendants.

The Court, pursuant to its discretion under Local Rule 78-2, submits Defendants' motion to dismiss on the parties' papers. The Court will issue a decision on the motion to dismiss without a hearing.

1  During the conference, Plaintiff requested information regarding the Court's procedure for obtaining a transcript of the conference proceedings. The Court directs Plaintiff to contact the Courtroom Reporter to request a transcript of the conference.  Pursuant to 28 U.S.C. § 753 and effective as of the date of this Order, the following transcript rates are prescribed by the Court:  $3.65 per page for 30-day turnaround, $4.25 per page for 14-day turnaround, $4.85 per page for 7-day turnaround, and $6.05 per page for 24-hour turnaround.  Transcript rates are subject to change and it is the requesting party's responsibility to pay the transcript fees.

**IT IS SO ORDERED.**

DATED: June 18, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT