UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| CYNTHIA KAPPENMAN COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-1619-MLH-RJJ |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, | ) | ORDER |
| etc., *et al*., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that an evidentiary hearing is scheduled for July 9, 2012, at 9:30 AM on Plaintiff's Motion For Decision (#23). The hearing will be held in Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

DATED this 28th day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge