1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                        * * *

9    CYNTHIA KAPPENMAN COHEN,                    )
                                                 )
10                          Plaintiff,           )        2:11-cv-1619-MLH-RJJ
                                                 )
11                                               )
     vs.                                         )
12                                               )
     CLARK COUNTY SCHOOL DISTRICT,               )        ORDER
13   etc., *et al*.,                             )
                                                 )   _____
14                          Defendant.           )
     _____        )

15
            The parties are advised that the following motions will also be heard at the hearing
16
     currently scheduled for July 9, 2012, at 9:30 AM:
17
            1.      Motion to File Subpoena (#32);
18
            2.      Motion to File Subpoena (#41);
19
            3.      Motion to File Subpoena (#44);
20
            4.      Motion to File Subpoena (#48); and,
21
            5.      Motion to Quash Subpoenas (#49).
22
     The hearing will be held in Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse,
23
     333 Las Vegas Blvd. So., Las Vegas, Nevada.
24
            DATED this _28th_ day of June, 2012.
25

26

27
                                                    _____
28                                                  ROBERT J. JOHNSTON
                                                    United States Magistrate Judge