1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                               DISTRICT OF NEVADA
7                                      * * *
8    CYNTHIA KAPPENMAN COHEN,        )
                                     )
9              Plaintiff,            )         2:11-cv-1619-MLH-RJJ
                                     )
10   vs.                             )
                                     )
11   CLARK COUNTY SCHOOL DISTRICT,   )              O R D E R
     etc., *et al*.,                 )
12                                   )
                                     )
13             Defendant,            )
     _____)
14
15        This matter was scheduled for an evidentiary hearing on July 9, 2012, at 9:30 AM.

16   Plaintiff, Cynthia Kappenman Cohen did not appear in Court for this hearing. Good cause

17   appearing therefore,

18        IT IS HEREBY ORDERED that the evidentiary hearing on Plaintiff's Motion for

19   Decision (#23) is rescheduled to August 22, 2012, at 9:00 AM in Courtroom 3D, 3d floor, Lloyd

20   D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

21        IT IS FURTHER ORDERED that Plaintiff Cynthia Kappenman Cohen is required to be

22   present in Court for this hearing. Failure to appear may result in a recommendation that this case

23   be dismissed.

24        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff, Cynthia Kappenman Cohen, by certified mail, return receipt requested.

26        DATED this __08th__ day of August, 2012.

27
28                                   _____
                                     ROBERT J. JOHNSTON
                                     United States Magistrate Judge