1

2

3

4

5

6

7                                 UNITED STATES DISTRICT COURT

8                                      DISTRICT OF NEVADA

9                                              * * *

10   CYNTHIA KAPPENMAN COHEN,            )
                                         )
11             Plaintiff,                )          2:11-cv-1619-MLH-RJJ
                                         )
12   vs.                                 )
                                         )
13   CLARK COUNTY SCHOOL DISTRICT,       )                O R D E R
                                         )
14             Defendant,                )
     _____)
15

16          This matter is before the undersigned Magistrate Judge on a Notice to the Court

17   Unavailable For Scheduled Evidentiary Hearing Date on August 22, 2012 (#57).

18          The Court having reviewed the Notice (#57) and good cause appearing therefore,

19          IT IS HEREBY ORDERED that the request to move the hearing date and time of the

20   evidentiary hearing contained in the **Notice (#57) is GRANTED in part and DENIED in part**.

21          IT IS FURTHER ORDERED that the time for the evidentiary hearing scheduled for

22   August 22, 2012, is moved from 9:00 AM to 4:00 PM.

23          IT IS FURTHER ORDERED that the Notice to the Court Unavailable For Scheduled

24   Evidentiary Hearing Date on August 22, 2012 (#57) is DENIED as to all other requests.

25          IT IS FURTHER ORDERED that the following motions will also be heard at the hearing

     scheduled for August 22, 2012:
26
            1.     Motion to File Subpoena (#32);
27
            2.     Motion to File Subpoena (#41);
28

1    3.      Motion to File subpoena (#44);

2    4.      Motion to File subpoena (#48); and,

3    5.      Motion to Quash Subpoenas (#49).

4    DATED this __20th__ day of August, 2012.

5

6

7    _____

8    ROBERT J. JOHNSTON
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28