UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN, | |
| Plaintiff, | 2:11-cv-1619-MLH-RJJ |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, | O R D E R |
| Defendant, | |

This matter is before the undersigned Magistrate Judge on a Notice to the Court Unavailable For Scheduled Evidentiary Hearing Date on August 22, 2012 (#57).

The Court having reviewed the Notice (#57) and good cause appearing therefore,

IT IS HEREBY ORDERED that the request to move the hearing date and time of the evidentiary hearing contained in the **Notice (#57) is GRANTED in part and DENIED in part**.

IT IS FURTHER ORDERED that the time for the evidentiary hearing scheduled for August 22, 2012, is moved from 9:00 AM to 4:00 PM.

IT IS FURTHER ORDERED that the Notice to the Court Unavailable For Scheduled Evidentiary Hearing Date on August 22, 2012 (#57) is DENIED as to all other requests.

IT IS FURTHER ORDERED that the following motions will also be heard at the hearing scheduled for August 22, 2012:

1. Motion to File Subpoena (#32);
2. Motion to File Subpoena (#41);

1   3.   Motion to File subpoena (#44);

2   4.   Motion to File subpoena (#48); and,

3   5.   Motion to Quash Subpoenas (#49).

4   DATED this  20th   day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -