# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>           Plaintiff,<br>    vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br>et al.,<br><br>           Defendants. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION REGARDING WITNESSES**<br><br>[Doc. No. 75] |

On September 10, 2012, Plaintiff Cynthia Kappenman Cohen, proceeding pro se, filed a motion seeking a protective order regarding witnesses. (Doc. No. 75.) On September 11, 2012, Defendant Clark County School District ("CCSD") filed a response in opposition to Plaintiff's motion. (Doc. No. 80.) For the reasons below, the Court **DENIES** Plaintiff's motion without prejudice.

**Discussion**

In her motion, Plaintiff requests that the Court stay on high alert to the names mentioned in her second amended complaint ("SAC"). (Doc. No. 75 at 2.) Plaintiff alleges that the names mentioned in her SAC could be subject to retaliation or harassment by Defendant CCSD. (Id.) Plaintiff requests that the Court issue an order regarding the protection of witnesses from harassment, retaliation, or discrimination, but without providing any facts to

support the request.  (Id. at 3.)

In its opposition, Defendant CCSD argues that Plaintiff's motion should be stricken because it is not a proper motion upon which relief can be granted.  (Doc. No. 80 at 3-5.)  CCSD also argues that the motion should be denied because it fails to allege any inappropriate conduct that has taken place in this case.  (Id. at 5.)  The Court agrees.  Plaintiff's motion is based entirely on speculation that people who provide testimony or information against Defendant CCSD in this case will be subjected to retaliation and harassment by Defendant.  To establish entitlement to equitable relief, a Plaintiff must show that there is a likelihood of a substantial and immediate irreparable injury.  City of Los Angeles v. Lyons, 461 U.S. 95, 103 (1983).  The accusations in Plaintiff's motion are purely speculative and hypothetical, not real and immediate.  Accordingly, the Court denies Plaintiff's motion without prejudice.

## Conclusion

For the foregoing reasons, the Court **DENIES** Plaintiff's motion for a protective order regarding witnesses without prejudice.

**IT IS SO ORDERED.**

DATED: September 17, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT