UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1619-MLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| CLARK COUNTY SCHOOL ) | O R D E R |
| DISTRICT, ) | |
| ) | |
| Defendant, ) | |
| ) | |

This matter is before the Court on Plaintiff's Notice for Telephonic Conference as Scheduled For September 24, 2012 (#84).

The Court has reviewed the Notice (#84) and the Response (#85). The Court notes from the docket that this matter has been rescheduled numerous times. Further, this matter has been specifically been scheduled at a time where Plaintiff's school duties will NOT interfere with her attendance at a court hearing. The Court also notes that participation by telephone conference call is NOT an option. Good cause appearing therefore ,

IT IS HEREBY ORDERED that  Plaintiff's Notice for Telephonic Conference as Scheduled For September 24, 2012 (#84) is DENIED.

IT IS FURTHER ORDERED that Plaintiff Cynthia Kappenman Cohen is REQUIRED to be present in Court for this hearing as scheduled.

IT IS FURTHER ORDERED that **NO further continuances will be granted.**

. . . .

1   IT IS FURTHER ORDERED that Plaintiff is advised that failure to appear for this
2   hearing will result in a recommendation that this case be dismissed.
3   IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
4   Plaintiff by certified mail return receipt requested.
5   DATED this  19th   day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge