# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR AT HEARING BY TELEPHONE**<br><br>[Doc. No. 89] |

　　　On September 20, 2012, Plaintiff filed a motion before the District Court to allow her to appear by telephone at the September 24, 2012, 4:00 p.m. hearing before Magistrate Judge Robert J. Johnston. (Doc. No. 89.) Defendant has filed an opposition to this motion. (Doc. No. 90.)

　　　On September 17, 2012, Plaintiff filed a prior motion before Magistrate Judge Johnston requesting to appear at the hearing by telephone. (Doc. No. 84.) On September 19, 2012, Magistrate Judge Johnston denied Plaintiff's motion and ordered for her to be present in court at the hearing. (Doc. No. 86.) In his order, Magistrate Judge Johnston noted that the hearing had already been rescheduled several times, and that the hearing was specifically scheduled at a time where Plaintiff's school duties would not interfere with her attendance at the hearing. (Id.) Judge Johnston concluded, therefore, that Plaintiff's appearance at the hearing by

1  telephone should not be an option.  (Id.)

2    The Court agrees with Magistrate Judge Johnston's reasoning.  In addition, Plaintiff has
3  failed to show in her current motion good cause for why she cannot attend the hearing in
4  person.  Accordingly, the Court **DENIES** Plaintiff's motion to appear at the September 24,
5  2012 hearing by telephone.

6    **IT IS SO ORDERED.**

7  DATED:  September 21, 2012

8              _____
9              MARILYN L. HUFF, District Judge
            UNITED STATES DISTRICT COURT