UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>  Plaintiff,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>  Defendant. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER GRANTING MOTION TO REASSIGN CASE FOR ENE PURPOSES**<br><br>[Doc. No. 118] |

On November 7, 2012, Defendant Clark County School District ("CCSD") filed a motion to reassign the above action to a different magistrate judge for early neutral evaluation ("ENE") purposes. (Doc. No. 118.) On November 16, 2012, Plaintiff Cynthia Kappenman Cohen ("Plaintiff") filed a response in opposition to CCSD's motion. (Doc. No. 122.) On November 30, 2012, CCSD filed a reply in support of its motion. (Doc. No. 123.) The Court submits the motion on the parties' papers pursuant to Local Rule 78-2.

Magistrate Judge Peggy A. Leen is currently assigned to the present action for ENE purposes pursuant to Local Rule 16-6. Plaintiff's second amended complaint contains allegations related to Magistrate Judge Leen. (See Doc. No. 73 at 12-13.) By the present motion, CCSD argues that the present action should be reassigned to a new magistrate judge for ENE purposes because Magistrate Judge Leen is a potential witness in this case. (Doc. No. 118 at 2-3.) After consideration of the parties arguments, the Court GRANTS CCSD's motion

1  and ORDERS that the present action be reassigned to a different magistrate judge in the
2  District of Nevada for ENE purposes.
3  **IT IS SO ORDERED.**
4  DATED:  December 3, 2012

  _____
  MARILYN L. HUFF, District Judge
  UNITED STATES DISTRICT COURT