# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>                                          Plaintiff,<br>   vs.<br>CLARK COUNTY SCHOOL DISTRICT,<br><br>                                          Defendant. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. No. 126] |

On December 12, 2012, PlaintiffCynthia Kappenman Cohen, proceeding pro se, filed a motion to substitute counsel. (Doc. No. 126.) By the present motion, Plaintiff seeks to substitute Richard Segerblom as her counsel of record in place of herself. (Id.) The substitution of attorney was signed by Plaintiff and Mr. Segerblom. (Id.)

A substitution of attorney must be approved by the Court. L.R. 10-6(b). For good cause shown, the Court approves the substitution of counsel and substitutes Richard Segerblom as counsel of record for Plaintiff.

**IT IS SO ORDERED.**

DATED: December 12, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT