# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA KAPPENMAN COHEN,<br><br>  Plaintiff,<br>vs.<br>CLARK COUNTY SCHOOL DISTRICT,<br><br>  Defendant. | CASE NO. 11-CV-1619-MLH-RJJ<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. No. 126] |

On December 12, 2012, PlaintiffCynthia Kappenman Cohen, proceeding pro se, filed a motion to substitute counsel. (Doc. No. 126.) By the present motion, Plaintiff seeks to substitute Richard Segerblom as her counsel of record in place of herself. (<u>Id.</u>) The substitution of attorney was signed by Plaintiff and Mr. Segerblom. (<u>Id.</u>)

A substitution of attorney must be approved by the Court. L.R. 10-6(b). For good cause shown, the Court approves the substitution of counsel and substitutes Richard Segerblom as counsel of record for Plaintiff.

**IT IS SO ORDERED.**

DATED: December 12, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

11cv1619